# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-22-00246-CV

---

**Winston & Strawn LLP, Appellant**

**v.**

**Orient Petroleum (Central Asia) Ltd., Appellee**

---

**FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-GN-20-007552, THE HONORABLE JAN SOIFER, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate the appeal until January 17, 2023, to allow them to continue with settlement negotiations. We grant the motion and abate this appeal. The parties shall submit either a joint status report concerning the status of settlement negotiations or a motion to reinstate on or before January 17, 2023. The appeal will remain abated until further order of this Court.

Before Justices Goodwin, Baker, and Kelly

Abated

Filed: November 1, 2022